1

2

3

4

5

6

7

8

9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

10  THE GABLES CONDOMINIUM OWNERS'    ) Case No. 2:09-cv-01868
    ASSOCIATION, a Nevada non-profit           )
    corporation and DOE HOMEOWNERS 1         )
11  through 1000,,                                          )
                                                                      )
12              Plaintiffs,                                     ) **STIPULATION FOR EXTENSION OF**
                                                                      ) **TIME FOR RESPONSIVE FILING** ;
13        vs.                                                    )  ORDER
                                                                      )
14  UPONOR, INC., a Minnesota corporation;    )
    UPONOR CORP., a foreign corporation;        )
15  UPONOR GROUP, a business of unknown form )
    or origin; HAJOCA CORPORATION/KEENAN    )
16  SUPPLY; a foreign corporation; DOE           )
    INDIVIDUALS 1-200; and ROE BUSINESS or   )
17  GOVERNMENTAL ENTITIES 1-200,               )
                                                                      )
18              Defendants.                                   )
    ─────────────────────────────────────    )

19

20        Plaintiff has agreed to allow Uponor, Inc. until November 25, 2009 to file its Response to

21  the Motion of Remand [Dkt. 17], filed on October 16, 2009. The reason for this extension is to

22  allow Uponor, Inc. additional time to evaluate the merits of Plaintiff's motion, and to review

23  additional documentation that may bear on the issues raised by Plaintiff's filings.   No previous

24  extensions have been requested for the Response.

25  ///

26  ///

27  ///

28

BREMER WHYTE BROWN &
O MEARA LLP
7670 West Lake Mead Blvd
Suite 225
Las Vegas, NV 89128
(702) 258-6665

C:\Documents and Settings\gmuscari.DEFECTLAWYERS\Local Settings\Temporary Internet Files\OLK1F1\Stip for Extension of Time for
Responsive Filing.doc

1        No party to this agreement waives any rights or defenses.

2    DATED this 18th day of November 2009

3    CANEPA RIEDY & RUBINO

4    _____

5    Scott K Canepa, Esq.
     Michael C. Rubino, Esq.
6    Bryant T. Abele, Esq.
     851 S. Rampart, Suite 160
7    Las Vegas, Nevada 89145

8
     DATED this 18 day of November 2009
9
     BREMER, WHYTE, BROWN & O'MEARA,, LLP
10

11   _____

     Peter C. Brown, Esq.
12   7670 W. Lake Mead Blvd., Ste. 225
     Las Vegas, NV 89128
13

14       IT IS SO ORDERED this 24th day of November, 2009.

15

16

17

18   _____

19   LARRY R. HICKS
     UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

BREMER WHYTE BROWN &
O'MEARA LLP
7670 West Lake Mead Blvd
Suite 225
Las Vegas NV 89128
(702) 258 6665

C:\Documents and Settings\gmuscari.DEFECTLAWYERS\Local Settings\Temporary Internet Files\OLK1F1\Stip for Extension of Time for Responsive Filing.doc