CANEPA RIEDY & RUBINO
851 South Rampart Boulevard, Suite 160 • Las Vegas, Nevada 89145-4835
Telephone (702) 304-2335    Facsimile (702) 304-2336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE GABLES CONDOMINIUM OWNERS' ASSOCIATION, a Nevada non-profit corporation and DOE HOMEOWNERS 1 through 1000,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GABLES, LLC, a Nevada Limited Liability Company; UPONOR, INC., a Minnesota corporation; UPONOR CORP., a foreign corporation; UPONOR GROUP; a business of unknown form or origin; HAJOCA CORPORATION/KEENAN SUPPLY; a foreign corporation; DOE INDIVIDUALS 1-200; and ROE BUSINESS or GOVERNMENTAL ENTITIES 1-200,<br><br>Defendants. | Case No. 2:09-CV-01868-LRH<br><br>***STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO REPLY TO DEFENDANT UPONOR, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND*** AND ORDER |

Defendant Uponor, Inc. has agreed to allow Plaintiff until January 20, 2010 to file its Reply to Defendant Uponor, Inc.'s Opposition to Plaintiff's Motion to Remand (Dkt. 17), filed on October 16, 2009.[1] No previous extensions have been requested or received. The reason for this extension is to allow additional time for the parties to seek to resolve the dispute informally, without the need for judicial intervention.

///

///

---

[1] On October 16, 2009, Plaintiff filed an Opposition to Defendant Uponor, Inc.'s Motion to Consolidate and Motion to Strike Plaintiff's Second Amended Complaint and a Counter Motion to Remand.

The parties ask the Court to hold the decision and/or hearing(s) on Uponor, Inc.'s Motion to Strike Plaintiff's Second Amended Complaint (Dkt. 14), Motion to Consolidate (Dkt. 8) and Plaintiff's Motion to Remand (Dkt. 17) in abeyance until such time as Plaintiff's reply brief is filed.

No party to this agreement waives any rights or defenses.

DATED this 7th day of December, 2009.

CANEPA RIEDY & RUBINO

By: _____
Scott K. Canepa, Esq.
Michael C. Rubino, Esq.
851 South Rampart Boulevard, Suite 160
Las Vegas, Nevada 89145-4885
*Attorneys for Plaintiff*

DATED this 8 day of December, 2009.

BREMER WHITE BROWN & O'MEARA, LLP

By: _____
Peter C. Brown, Esq.
7670 W. Lake Mead Blvd., Ste 225
Las Vegas, Nevada 89128
*Attorneys for Defendant Uponor, Inc.*

IT IS SO ORDERED this 9th day of December, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Z:\G\GABLES

2